NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000029
18-FEB-2011
10:48 AM

NO. CAAP-11-0000029

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CENTRAL PACIFIC BANK,
Plaintiff-Appellee

v.

PUHI SELF STORAGE, LLC, KAUAI SELF-STORAGE, INC, et al.,
Defendants-Appellants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-0469-03)

ORDER APPROVING STIPULATION FOR
DISMISSAL WITH PREJUDICE OF DOCKETED APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of Docketed Appeal, the papers in support, and the records and files herein, the parties have agreed to dismissal of this appeal with prejudice with the parties to bear their own fees and costs. Therefore,

IT IS HEREBY ORDERED that the stipulation for dismissal is approved, and this appeal is dismissed with prejudice. The parties shall bear their own fees and costs.

DATED: Honolulu, Hawai'i, February 18, 2011.


Chief Judge


Associate Judge


Associate Judge